IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 15-cr-00255-RBJ | Date: January 22, 2016 |
| Courtroom Deputy: Patricia Glover | Court Reporter: Darlene Martinez |
| Interpreter: David Lauman | Probation: Melissa Roberts |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA,<br>    **Plaintiff,**<br><br>v.<br><br>1. JOSE EDUARDO ROJO-LOYA,<br>    **Defendant.** | *Todd Norvell (by video)*<br><br><br><br><br>*Scott Varholak* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:30 a.m.

Interpreter sworn.

Appearances of counsel. Defendant present in custody.

Argument by counsel regarding sentencing.

Statement by Defendant and Probation Officer.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**  Motion at (Doc. #41) is **GRANTED.**

Court states its findings and conclusions.

**ORDERED:**  Defendant shall be **imprisoned** for 22 **months** as to Count One of the Information.

**ORDERED:** **Standard Conditions** of Supervised Release, are as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years**, with the special conditions as stated on the record.

Court RECOMMENDS that the Bureau of Prisons place the defendant in a federal institution in Oklahoma

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess: 9:00** a.m.          Hearing concluded.          Total time:    00:30